IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REJEANA SILLA, )<br>    Plaintiff, )<br> )<br>vs )<br> )<br>ONE THREE FIVE, INC. doing business as )<br>BLUSH, and ALBERT BORTZ, )<br>    Defendants. ) | Civil Action No. 17-1393 |

O R D E R

AND NOW, this 20th day of November, 2018, in consideration of the Motion filed by *pro se* Plaintiff (ECF No. 50),

IT IS HEREBY ORDERED that the request to withdraw the Motion for Preliminary Injunction (ECF No. 25) is GRANTED and such motion is hereby withdrawn,

IT IS FURTHER ORDERED that the remainder of Plaintiff's motion, seeking discovery from Defendants, is DENIED without prejudice.  Any further discovery requests shall comply with the Local Rules of Court, as well as with Federal Rule of Civil Procedure 37, which requires, *inter alia*, that the parties meet and confer in an attempt to resolve the issue and obtain discovery without the use of court action. See F.R.C.P. 37(a)(1).

 s/Robert C. Mitchell
ROBERT C. MITCHELL
United States Magistrate Judge