# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REJEANA SILLA | ***Jury Trial Demanded*** |
| Plaintiff, | |
| v. | Civil Action 2:17-cv-01393-PLD |
| ONE THREE FIVE INC. D/B/A BLUSH AND ALBERT BORTZ | Electronically Filed |
| Defendants. | |

## ORDER OF DISMISSAL

Pursuant to the foregoing Stipulation for Dismissal,

IT IS HEREBY ORDERED that the above-entitled case is dismissed, with prejudice, and without costs or attorneys' fees to either party.

DONE this __16th__ day of __July__, 2021

BY THE COURT:

__/s/ Patricia L. Dodge__